# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4158

_____

United States of America,                    *
                                             *
                    Appellee,                 *    Appeal from the United States
                                             *    District Court for the District
        v.                                    *    of Minnesota.
                                             *
Morris Anthony Botiz, also known as           *         [UNPUBLISHED]
Tony Thomas,                                  *
                                             *
                    Appellant.                *

_____

Submitted:  July 30, 1999
Filed: August 13, 1999

_____

Before BOWMAN, FAGG, and HANSEN, Circuit Judges.

_____

PER CURIAM.

Morris Anthony Botiz pleaded guilty to drug and money laundering conspiracy violations. On appeal, Botiz contends the district court improperly imposed a four-level enhancement as an organizer or leader under the sentencing guidelines. Having reviewed the record and the materials submitted by the parties, we find no merit in Botiz's contention. We also conclude that an extended discussion of the issue presented by this appeal will serve no useful purpose. We find no error of law or fact that would require reversal of the district court's analysis. We thus affirm Botiz's sentence. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.